IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                         :

JOHN JAVIER REYES RAMOS,        FILED & ENTERED        Case No. 04-09168 (GAC)
                                               :

        Debtor                  MAY 03 2005    Chapter 13
                                               :
                                U.S. BANKRUPTCY COURT
                                SAN JUAN, PUERTO RICO

## DECISION AND ORDER

The debtor filed a petition under Chapter 13 on September 1, 2004. With the petition, the debtor filed Schedules and a Statement of Financial Affairs. On March 9, 2005, the debtor filed a motion submitting evidence of having obtained a new job (dkt. #64). DC Limited Partnership filed a motion to strike the debtor's motion (dkt. #65) and the debtor filed a response (dkt. #72).

The Court concludes that the debtor had an obligation when he filed the petition to file a Schedule of Current Income pursuant to 11 U.S.C. § 521. Moreover, pursuant to Fed. R. Bankr. P. 1009(a), the debtor has a right to amend the Schedules as a matter of course at any time before the case is closed. The debtor's earnings are property of the estate pursuant to 11 U.S.C. § 1306(2) and the debtor is required to propose a plan which submits those earnings to the Chapter 13 trustee pursuant to 11 U.S.C. § 1322(a)(1). Accordingly, the debtor's motion submitting evidence of having obtained a new job will be noted. DC Limited Partnership's motion to strike the debtor's motion will be denied and the debtor will be required to file an amended Schedule I.

1

ORDER

WHEREFORE IT IS ORDERED that the debtor's motion submitting evidence of having obtained a new job is NOTED. DC Limited Partnership's motion to strike the debtor's motion shall be, and it hereby is, DENIED. The debtor is granted twenty days to file an amended Schedule I.

SO ORDERED.

San Juan, Puerto Rico, this _2_ day of May, 2005.

GERARDO A. CARLO
Chief, U.S. Bankruptcy Judge

cc:debtor
J. Stgo. Malavet
Trustee
M. Calzada (Goldman Antonetti + Cordova)

2